In the Matter of the Claim of ALBERT R. VERNASKAS, Respondent, v. FUMEX SANITATION, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— MEMORANDUM BY THE COURT.

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur in memorandum by the court.